**No. 51233.**—Protests 97794–K, etc., of John Ambriola et al. (New York).

Opinion by KEEFE, J. At the trial it was stipulated that the reliquidation of the entries herein involved is similar in all material respects to that in *Bel Paese Sales Co.* v. *United States* (15 Cust. Ct. 7, C. D. 932). In accordance therewith and following the decision cited, judgment was entered directing the collector to reliquidate the entries herein, refunding the duty established to have been taken in excess, in accordance with the decisions and judgments in Abstracts 45155, 45157, 45160, 45172, 45176, 45441, 45408, and 45181.

**No. 51234.**—Protests 78596–K, etc., of Maddock & Miller, Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51235.**—Protests 124402–K, etc., of American Nepheline Corp. (Rochester).

Opinion by KEEFE, J. It was stipulated that the ground nepheline syenite is similar in all material respects to that the subject of *Great Lakes Foundry Sand Co.* v. *United States* (9 Cust. Ct. 170, C. D. 685). In accordance therewith the claim for free entry under paragraph 1775 was sustained.

**No. 51236.**—Protests 99243–K, etc., of C. A. Andres et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.